IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE _____
MAGISTRATE JUDGE: _MICHAEL E. HEGARTY_

Date: _November 17, 2010_
Violation/Case Number: _10-mj-07008-KMT_

_N. Marble_,
Deputy Clerk

FTR CD # _FTCC-am_

UNITED STATES OF AMERICA

v.

**ERIN R. HAYS**

Other Participants:

_Capt. Ezra Hurwitz_

_Christine Dieringer_

---

( ) INITIAL APPEARANCE  (X) ARRAIGNMENT  ( ) SENTENCING  ( ) ADMIN REV  ( ) OTHER

Court in Session: _12:03 pm_   Court in Recess: _12:09 pm_   Total Time in Court: _6 mins._

(X) Defendant advised of charges, penalties, and rights.  ( ) General Advisement.
( ) Consent to Proceed before the Magistrate Judge form executed.
( ) Financial affidavit tendered.  ( ) Defendant sworn.
( ) **ORDERED**:       Counsel shall be appointed from the ( ) **CJA panel**; ( ) **FPD's office**.
( ) Defendant waives factual basis.  ( ) Factual basis on the record.
(X) Defendant enters a plea of **NOT-GUILTY**.
( ) Defendant advised of speedy trial rights and dates:
    ( ) 30 day minimum to trial:_____.   ( ) 70 day maximum to trial:_____.
(X) Information filed.        (X) Plea Agreement tendered and accepted.
( ) Stipulation for Entry of Deferral Prosecution for ___ mos. tendered and accepted. Defendant shall appear at the Administrative Review Hearing on _____.
(X) **ORDERED**:   _Jury_ trial is set before _Magistrate Tafoya_ on _January 24, 2011 at 1:30 pm, in Denver, at the Byron Rogers Courthouse._
( ) **ORDERED**:   Defendant enters plea of **GUILTY** to _____.
( ) **ORDERED**:   Case referred to the U.S. Probation Department for preparation of a PSI report.
( ) **ORDERED**:   Sentencing is set for _____.
( ) **ORDERED**:   Defendant shall pay a fine of _____, due _____.
( ) **ORDERED**:   Defendant shall pay a special assessment fee of _____, due _____.
( ) **ORDERED**:   Defendant shall serve a jail term of _____.
( ) **ORDERED**:   Defendant is placed on probation for a period of _____.
( ) Defendant advised of his right to appeal the sentence imposed.
( ) Defendant advised this conviction will be reported to the Department of Motor Vehicles.
(X) **ORDERED**: This case is set for _Motions hearing_, on _January 7, 2011 at 1:00 pm in Denver_.
ORDERED: _Motions filing deadline is 12/27/10. Response deadline to motions is 1/6/11. Discovery has already been provided to the defendant's attorney. If there should be any further discovery, it is due by 12/1/10. Witness and exhibit lists are due by 1/14/11. The parties shall exchange exhibit lists by 1/7/11._

Hearing Concluded.