# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense Revocation of<br>Supervised Release) |
| v. | CITATION NUMBERS:10-mj-7008-KMT |
| ERIN HAYS | CHRISTINE DIERINGER-CJA<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to the violations as alleged in the Violation of Supervised Release

**ACCORDINGLY,** the Court finds that the Government, through the testimony of the Probation Officer at Hearing, has established that the defendant has violated the standard and specific conditions of supervised release and therefore is adjudicated guilty of this violation:

The Defendant's sentence to supervised release is revoked. The defendant is sentenced to 90 days jail. No supervision will follow the term of imprisonment. The defendant is remanded to the custody of the United States Marshals.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $0.00 | $0.00 | $0.00 |

08/29/2012
Date of Imposition of Judgment

s/ Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

08/31/2012
Date

DEFENDANT:ERIN HAYS CITATION  NUMBER: 10-MJ-7008-KMT

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
90 DAYS JAIL

[X] The defendant is remanded immediately to the custody of the United States Marshal:

# RETURN

I have executed this judgment as follows:

Defendant delivered on_____to_____

at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL